## WINDSOR *v.* McVEIGH.

ERROR TO THE CORPORATION COURT OF THE CITY OF ALEXANDRIÁ.

No. 583.  Submitted April 9, 1875. — Decided May 3, 1875.

*Gregory* v. *McVeigh*, 23 Wall. 294, followed.

MOTION TO DISMISS.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

The motion to dismiss this writ of error was submitted with a similar motion in *Gregory* v. *McVeigh*, 23 Wall. 294, just decided. In the argument, counsel on both sides have treated the two cases as though they were in all respects identical.

We, therefore, deny the motion for the reasons assigned in the other case.                              *Denied.*

*Mr. S. F. Beach* for plaintiff in error.

*Mr. P. Phillips* and *Mr. John Howard* for defendant in error.